**U.S. DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| GARY T. TYNER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 4:18-cv-01297-RBH ) |
| WASHINGTON NATIONAL INSURANCE COMPANY | ) ) ) |
| Defendant | ) ) ) |

# ORDER

Having considered the foregoing Joint Motion to Dismiss With Prejudice and having found said motion to be in order;

IT IS ORDERED that the Motion shall be and hereby is granted and the captioned matter shall be and hereby is dismissed with prejudice.

| | |
|---|---|
| December 5, 2018 | s/ R. Bryan Harwell |
| Florence, South Carolina | R. Bryan Harwell |
| | United States District Judge |